428 A.2d 676

Commonwealth v. Bethea, Appellant.

* Justice Samuel J. Roberts of the Supreme Court of Pennsylvania, is sitting by designation.

Submitted December 6, 1979. William J. Manfredi, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, WICKERSHAM and EAGEN, JJ.*

Order of the court entered March 14, 1979, is affirmed.